# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Kavan Garrison, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 5:18-cv-00023-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| FNU Pitts, | ) | |
| | ) | |
| Defendant, | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 13, 2018 Order.

March 13, 2018

*/s/ Frank G. Johns*
Frank G. Johns, Clerk
United States District Court